# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| PAULA WARREN,<br><br>    *Plaintiff*,<br><br>v.<br><br>TARGET CORPORATION, *and*<br>TARGET STORES, INC.,<br>    *Defendants*. | CASE NO. 3:09-cv-00045<br><br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants' Motion for Summary Judgment and Memorandum in support thereof, filed September 2, 2010 (docket nos. 32 and 33), and the subsequent filings in relation thereto.

As stated on the record at the conclusion of the September 21, 2010 hearing on this matter, and for the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion for Summary Judgment will be and hereby is GRANTED. Defendants' Motion in Limine To Exclude Evidence of Jack Shore's Past Alcohol Related Problems (docket no. 40) and Motion in Limine To Exclude Door Hinge Catalogue, et al. (docket no. 42) are denied as moot. The matter is STRICKEN from the Court's docket.

It is so ORDERED.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, and to all counsel of record.

Entered this  23rd  day of September, 2010.

                                      NORMAN K. MOON
                                      UNITED STATES DISTRICT JUDGE